IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 AUG 28  AM 9: 49

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| GraphOn Corporation, a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. **2 - 0 7 C V - 3 7 3** |
| Juniper Networks, Inc., a California Corporation, | ) ) ) | T̸ON/CE |
| Defendant. | ) ) ) | |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiff, GraphOn Corporation, alleges the following in support of its Complaint for

Patent Infringement and Demand for Jury Trial ("Complaint") against Defendant Juniper

Networks, Inc. ("Juniper")

## PARTIES

1.　　Plaintiff GraphOn Corporation ("GraphOn") is a corporation organized and

existing under the laws of the State of Delaware, and has its principal place of business at 5400

Soquel Avenue, Suite A2, Santa Cruz, California.

2.　　Upon information and belief, Defendant Juniper is a corporation duly organized

and existing under the laws of the State of California, having a place of business at 1194 North

Mathilda Avenue, Sunnyvale, CA 94089.

1

Dockets.Justia.com

## JURISDICTION

3.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and

1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C.

§ 271 *et seq.* The Court has personal jurisdiction over Defendant because it has committed acts

within Texas and this judicial district giving rise to this action and has established minimum

contacts with the forum such that the exercise of jurisdictions over Defendant would not offend

traditional notions of fair play and substantial justice.

## VENUE

4    The Defendant has committed acts within this judicial district giving rise to this

action and does business in this district, including one or more of the infringing acts of offering

for sale, making sales, using infringing products and providing service and support to their

respective customers in this district   Venue is proper in this district pursuant to 28 U.S.C. §§

1391(b) & (c) and 1400(b).

## COUNT 1

### (Patent Infringement)

5.    Paragraphs 1-4 of the Complaint set forth above are incorporated herein by

reference.

6.    On October 20, 1998, United States Patent No. 5,826,014 ("the '014 Patent")

entitled "Firewall System For Protecting Network Elements Connected To A Public Network"

was duly and legally issued to Christopher D. Coley and Ralph E. Wesinger, Jr. All rights and

interest in the '014 Patent were assigned to GraphOn on August 27, 2007. A true and correct

copy of the '014 Patent is attached hereto as Exhibit A.

7. On May 9, 2000, United States Patent No. 6,061,798 ("the '798 Patent") entitled "Firewall System For Protecting Network Elements Connected To A Public Network" was duly and legally issued to Christopher D. Coley and Ralph E. Wesinger, Jr. All rights and interest in the '798 Patent were assigned to GraphOn on August 27, 2007. A true and correct copy of the '798 Patent is attached hereto as Exhibit B.

8. On April 11, 2006, United States Patent No. 7,028,336 ("the '336 Patent") entitled "Firewall Providing Enhanced Network Security And User Transparency" was duly and legally issued to Ralph E. Wesinger, Jr. and Christopher D. Coley. All rights and interest in the '336 Patent were assigned to GraphOn on August 27, 2007. A true and correct copy of the '336 Patent is attached hereto as Exhibit C.

9. Defendant Juniper makes, uses, offers to sell and sells its Hardware Security Client, and its NetScreen, SSG and ISG series of firewall products.

10. Upon information and belief, Juniper has infringed and continues to infringe under 35 U.S.C. § 271 the '014 Patent, the '798 Patent and the '336 Patent ("the patents-in-suit"). The infringing acts include, but are not limited to, making, using, offering to sell and selling certain of the above-identified firewall products that are covered by one or more claims of the patents-in-suit.

11. Juniper's acts of infringement have caused damage to GraphOn. Under 35 U.S.C. § 284, GraphOn is entitled to recover from Juniper the damages sustained by GraphOn as a result of its infringement of the patents-in-suit. Juniper's infringement of GraphOn's exclusive rights under the patents-in-suit will continue to damage GraphOn's business, causing irreparable harm, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U.S.C. § 283.

3

12.     Upon information and belief, Juniper's infringement of the patents-in-suit has been willful and deliberate, and entitles GraphOn to increased damages under 35 U.S.C. § 284 and attorney fees and costs under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, GraphOn respectfully requests that this Court enter judgment against Juniper as follows:

(a)     For judgment that Juniper has infringed and continues to infringe the patents-in-suit.

(b)     For preliminary and permanent injunctions under 35 U.S.C. § 283 against Juniper and its directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Juniper from further acts of infringement;

(c)     For damages to be paid by Juniper adequate to compensate GraphOn for its infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

(d)     For judgment finding that Juniper's infringement was willful and deliberate, entitling GraphOn to increased damages under 35 U.S.C. § 284.

(e)     For judgment finding this to be an exceptional case, and awarding GraphOn attorney fees under 35 U.S.C. § 285; and

(f)     For such other and further relief at law and in equity as the Court may deem just and proper.

///

///

4

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiff GraphOn Corporation

hereby demands a jury trial on all issues triable by jury

Dated: August 28, 2007       By: _S. Calvin Capshaw_

           S Calvin Capshaw – *Lead Attorney*
           State Bar No. 03783900
           Elizabeth L. DeRieux
           State Bar No. 05770585
           Andrew W. Spangler
           State Bar No. 24041960
           BROWN McCARROLL LLP
           1127 Judson Road, Suite 220
           P O. Box 3999
           Longview, Texas 75601-5157
           Telephone: (903) 236-9800
           Facsimile: (903) 236-8787
           E-Mail: ccapshaw@mailbmc.com
           E-Mail: ederieux@mailbmc.com
           E-Mail: aspangler@mailbmc.com

           OF COUNSEL
           Michael D Rounds
           Nevada Bar No. 4734
           Padma Choudry
           Nevada Bar No 9784
           WATSON ROUNDS
           5371 Kietzke Lane
           Reno, NV 89511
           Telephone: (775) 324-4100
           Facsimile: (775) 333-8171
           E-Mail: mrounds@watsonrounds.com
           E-Mail: pchoudry@watsonrounds.com

           Joseph Vanek
           VANEK, VICKERS & MASINI
           111 S. Wacker Drive, Suite 4050
           Chicago, IL 60606
           Telephone: (312) 224-1500
           Facsimile: (312) 720-4042
           E-Mail: jvanek@vaneklaw.com

Eugene M. Cummings
Konrad V. Sherinian
COOK ALEX
One North Wacker Drive, Suite 4130
Chicago, IL 60606
Telephone: (312) 984-0144
Facsimile: (312) 984-0146
E-Mail: ecummings@emcpc.com
E-Mail: ksherinian@emcpc.com

Attorneys for Plaintiff,
GRAPHON CORP.